## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR248** |
| v. | |
| RYAN D. TERRY, JEFFREY D. DAILEY, and TNT ASSOCIATES, LLC, A Nebraska Limited Liability Company; | **ORDER OF RECUSAL REQUEST FOR REASSIGNMENT** |
| Defendants. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states:  "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 1st day of October 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge