IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:20-CR-248 |
| RYAN D. TERRY, JEFFREY D. DAILEY and TNT ASSOCIATES, LLC, A Nebraska Limited Liability Company, | ORDER |
| Defendants. | |

This matter is before the Court on the United States of America's Motion to Dismiss Forfeiture Allegation. Filing 30. The United States seeks to dismiss forfeiture allegations relating to the property listed in paragraphs "b" and "h" of the Forfeiture Allegation of the Indictment. Filing 1 at 7-8. The Court has reviewed the record in this case and finds leave should be granted to dismiss the identified property from the Forfeiture Allegation of the Indictment. Accordingly,

IT IS ORDERED:

1. The United States of America's Motion to Dismiss Forfeiture Allegation (Filing 30) is granted; and

2. The forfeiture allegations involving the 2019 Dodge Ram, VIN 1C6SRFJT1KN601604, listed in paragraph "b" and the $116,500 in U.S. currency listed in paragraph "h" of the Forfeiture Allegation of the Indictment are hereby dismissed.

Dated this 2nd day of December, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge