IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR248 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **RYAN D. TERRY, JEFFREY D. DAILEY,** | ) | |
| **and TNT ASSOCIATES, LLC, A** | ) | |
| **Nebraska Limited Liability Company** | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court on defendants, Ryan D. Terry and TNT Associates, LLC's Unopposed Motion to Continue Trial [92]. Counsel requests additional time to review discovery and complete plea negotiations. Upon inquiry, counsel for defendant, Jeffrey D. Dailey stated that there are no objections to the motion, or the period of continuance requested. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [92] is granted, as follows:

1. The jury trial, **for all defendants**, now set for January 4, 2022, is continued to **July 5, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 5, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  December 1, 2021**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge