IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR248 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RYAN D. TERRY, JEFFREY D. DAILEY, | ) | |
| and TNT ASSOCIATES, LLC, A | ) | |
| Nebraska Limited Liability Company | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court for hearing on June 1, 2022, on defendants', Ryan D. Terry and TNT Associates, LLC's Unopposed Motion to Continue Trial [94]. Defendants appeared personally and with counsel. Matt Lierman appeared on behalf of the government. The motion is unopposed by the government and defendant, Jeffrey D. Daily. Defendants waived computation of time within which the trial must commence. For the reasons stated on the record, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [94] is granted, as follows:

1. The jury trial, **for all defendants**, now set for July 5, 2022, is continued to **January 17, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 17, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:  June 1, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge