IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR248 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| RYAN D. TERRY, JEFFREY D. DAILEY, | ) | |
| and TNT ASSOCIATES, LLC, A | ) | |
| Nebraska Limited Liability Company | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court for hearing on December 21, 2022, on defendants, Ryan D. Terry and TNT Associates, LLC's Unopposed Motion to Continue Trial and Pretrial Deadline [129]. Defendants appeared personally and with counsel. Matt Lierman and John Higgins appeared on behalf of the government. The motion is opposed by the government and unopposed by the defendant, Jeffrey D. Daily. Defendants waived computation of time within which the trial must commence. For the reasons stated on the record, the undersigned magistrate judge finds good cause for the requested continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial and Pretrial Deadline [129] is granted, as follows:

1. The jury trial, **for all defendants**, now set for January 17, 2023, is continued to **May 16, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 16, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** December 21, 2022.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge