IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 8:20CR248 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO WITHDRAW** |
| vs. | ) | **EXHIBITS OR TO SHOW** |
| | ) | **CAUSE WHY EXHIBITS** |
| RYAN D. TERRY, and TNT | ) | **SHOULD NOT BE DESTROYED** |
| ASSOCIATES, LLC , a Nebraska | ) | |
| Limited Liability Company, | ) | |
| | ) | |
| Defendants. | | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit numbers 1-9 / Motion to Suppress / April 20, 2021

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 14th   day of December , 2023.

BY THE COURT:

s/ Brian C. Buescher
United States District Judge

**Exhibits-Order_to_Withdraw_or_OSC_Destroy_Appeal_Time_Expired.docx**
Approved 12/22/14