IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>RYAN TERRY,<br><br>                       Defendant. | 8:20–CR–248<br><br>**ORDER** |

       This matter is before the Court on the defendant's Motion to Withdraw. Filing 232. Defense counsel seeks to withdraw a previously filed Motion for a Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), Filing 231, and defense counsel seeks to withdraw. Filing 232. Defense counsel explains that the defendant "was released from custody, therefore the Motion for a Reduced Sentence is moot." Filing 232. Because the Court agrees that the Motion for a Reduce Sentence is moot now that the defendant has been released from custody, the Motion to Withdraw should be granted. Accordingly,

       IT IS ORDERED:

       1. The Motion to Withdraw, Filing 232, is granted;

       2. The Motion for a Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2), Filing 231, is withdrawn; and

       3. Defense counsel's request for leave to withdraw from representation is granted.

       Dated this 11th day of March, 2025.

                                                        BY THE COURT:

                                                        _____
                                                        Brian C. Buescher
                                                        United States District Judge