IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RYAN D. TERRY,

Defendant.

**8:20CR248**

**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION**

The defendant appeared before the Court on October 26, 2026 regarding Petition for Offender Under Supervision [234]. Joseph Naatz represented the defendant. Jody Mullis represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release, and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Brian C. Buescher in Courtroom No. 5, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on January 14, 2027.

The government moved for detention based upon risk of danger to the community. The defendant requested a continuance of the detention hearing. The detention hearing is continued to October 29, 2026, at 9:30 a.m. in Courtroom No. 1 before Magistrate Judge Michael D. Nelson. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 26th day of October, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge