IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN D. TERRY,<br><br>Defendant. | **8:20CR248**<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on October 29, 2026 for a Detention Hearing regarding Petition for Offender Under Supervision [234]. Joseph Naatz represented the defendant. Jody Mullis represented the government.

The government moved for detention based upon danger. The defendant requested a detention hearing which was held. The defendant met his burden to establish by clear and convincing evidence that he will not pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision to include participating in the Sober Tech Program. 18 U.S.C. § 3143(a)(1).

**IT IS SO ORDERED**.

Dated this 29th day of October, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge